AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SHAFT JONES

       Petitioner

  v.

                                **Civil Action No.  1:18-cv-225**
                                **(Arising from 1:11-cr-78)**

UNITED STATES OF AMERICA

       Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

\_\_\_ the plaintiff _____
recover from the defendant _____ the amount of_____
dollars \$_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

\_\_\_ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

 _X_  Other:  Petitioner Shaft Jones' Motion Under 28 U.S.C. § 2255 is DENIED. Petitioner Shaft Jones
is DENIED a certificate of appealability.

This action was (*check one*):

\_\_\_ tried to a jury with Judge _____ presiding, and the jury has
rendered a verdict.

\_\_\_ tried by Judge _____ without a jury and the above decision was
reached.

 _X_  decided by Judge Theresa L. Springmann on a Motion Under 28 U.S.C. § 2255.

DATE: 9/29/2021                  GARY T. BELL, CLERK OF COURT

                                by  s/ B. Scheumann _____
                                *Signature of Clerk or Deputy Clerk*